# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>  Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, AL KLEIN, in his official capacity as Western Regional Director of the Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and SALLY JEWELL, in her capacity as U.S. Secretary of the Interior,<br><br>  Defendants,<br><br>  and<br><br>STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,<br><br>  Defendant-Intervenors. | CV 14-13-BLG-SPW<br><br><br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL INC., WESTERN ORGANIZATION OF RESOURCE COUNCILS INC,<br><br>  Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, U.S. OFFICE OF SURFACE MINING RECLAMATION | CV 14-103-BLG-SPW |

1

| | |
|---|---|
| AND ENFORCEMENT,<br><br>          Defendants,<br>     and<br><br>STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,<br><br>          Defendant-Intervenors. | |

Before the Court is the joint motion of Federal Defendants and Plaintiffs Northern Plains Resource Council and Western Organization of Resource Councils seeking a sixteen-day enlargement of the deadline for compliance with the remedy order entered by the Court on January 21, 2016.

In consideration of the motion and the record in this case, IT IS HEREBY ORDERED that the motion (Doc. 147) is GRANTED. Paragraph 4 of section V of the January 21 order is hereby modified to allow Federal Defendants 256 days, that is, until October 3, 2016, to comply with the order or seek additional time for good cause shown

DATED this 27th day of June, 2016.

                                        *Susan P. Watters*
                                        SUSAN P. WATTERS
                                        United States District Judge