

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, AL KLEIN, in his official capacity as Western Regional Director of the Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and SALLY JEWELL, in her capacity as U.S. Secretary of the Interior,<br><br>Defendants,<br><br>and<br><br>STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,<br><br>Defendant-Intervenors. | CV 14-13-BLG-SPW<br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL INC., WESTERN ORGANIZATION OF RESOURCE COUNCILS INC,<br><br>Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, U.S. OFFICE OF SURFACE MINING RECLAMATION | CV 14-103-BLG-SPW |

1

AND ENFORCEMENT,

        Defendants,

and

STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,

        Defendant-Intervenors.

Plaintiffs Northern Plains Resource Counsel and Western Organization of Resource Councils, Inc. and Federal Defendants seek approval of a stipulated agreement on Northern Plains' Motion for Attorneys' Fees, Costs and Other Expenses (Doc. 138) in CV-14-103-BLG-SPW, the terms of which shall become effective upon approval by this Court.

The Court having reviewed the parties' Stipulated Agreement on Motion for Attorneys' Fees, Costs and Other Expenses in CV-14-103-BLG-SPW (Doc. 154),

IT IS HEREBY ORDERED that the terms of the agreement are APPROVED.

DATED this 6th day of October, 2016.

SUSAN P. WATTERS
United States District Judge

2