# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION



| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, AL KLEIN, in his official capacity as Western Regional Director of the Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and SALLY JEWELL, in her capacity as U.S. Secretary of the Interior,<br><br>Defendants,<br><br>and<br><br>STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,<br><br>Defendant-Intervenors. | CV 14-13-BLG-SPW<br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL INC., WESTERN ORGANIZATION OF RESOURCE COUNCILS INC,<br><br>Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, U.S. OFFICE OF SURFACE MINING RECLAMATION | CV 14-103-BLG-SPW |

1

AND ENFORCEMENT,

        Defendants,

and

STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,

        Defendant-Intervenors.

Plaintiff WildEarth Guardians and Federal Defendants seek approval of a stipulated agreement on WildEarth Guardians' Motion for Litigation Costs and Reasonable Attorneys' Fees (Doc. 140) in CV-14-13-BLG-SPW, the terms of which shall become effective upon approval by this Court.

The Court having reviewed the parties' Stipulated Agreement on Motion for Litigation Costs and Reasonable Attorneys' Fees in CV-14-13-BLG-SPW (Doc. 155),

IT IS HEREBY ORDERED that the terms of the agreement are APPROVED.

DATED this 6th day of October, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge