IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
OCT 19 2016
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, AL KLEIN, in his official capacity as Western Regional Director of the Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and SALLY JEWELL, in her capacity as U.S. Secretary of the Interior,<br><br>Federal Defendants,<br><br>and<br><br>STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,<br><br>Defendant-Intervenors. | CV 14-13-BLG-SPW<br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL INC., WESTERN ORGANIZATION OF RESOURCE COUNCILS INC,<br><br>Plaintiffs,<br><br>vs.<br><br>SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, U.S. OFFICE | CV 14-103-BLG-SPW |

| OF SURFACE MINING RECLAMATION AND ENFORCEMENT, |
| Federal Defendants, |
| and |
| STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION, |
| Defendant-Intervenors. |

On January 21, 2016, the Court ordered the Federal Defendants to prepare an updated environmental assessment that complied with the National Environmental Policy Act and to provide the Court with monthly status reports on progress for 240 days. (Doc. 135). The Federal Defendants have given notice of compliance with the Court's Order. (Doc. 153).

The Clerk of Court shall enter judgment in favor of the Plaintiffs and close this case.

DATED this 18th day of October, 2016.

SUSAN P. WATTERS
United States District Judge