# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>       Plaintiff,<br><br>  vs.<br><br>U.S. OFFICE OF SURFACE MINING, RECLAMATION AND ENFORCEMENT, AL KLEIN, in his official capacity as Western Regional Director of the Office of Surface Mining Reclamation and Enforcement, Denver, Colorado, and SALLY JEWELL, in her capacity as U.S. Secretary of the Interior,<br><br>      Federal Defendants,<br><br>  and<br><br>STATE OF MONTANA, SPRING CREEK COAL LLC, NATIONAL MINING ASSOCIATION,<br><br>      Defendant-Intervenors. | CV 14-13-BLG-SPW<br><br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL INC., WESTERN ORGANIZATION OF RESOURCE COUNCILS INC,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SALLY JEWELL, in her official capacity as U.S. Secretary of the Interior, U.S. OFFICE | CV 14-103-BLG-SPW |

1

OF SURFACE MINING RECLAMATION
AND ENFORCEMENT,

                Federal Defendants,
    and

STATE OF MONTANA, SPRING CREEK
COAL LLC, NATIONAL MINING
ASSOCIATION,

            Defendant-Intervenors.

      **Jury Verdict.** This action came before the Court for a trial by jury.
The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench
trial, hearing, or determination on the record. A decision has been
rendered.

## JUDGMENT ENTERED IN FAVOR OF THE PLAINTIFFS AGAINST FEDERAL DEFENDANTS.

      Dated this 19th day of October, 2016.

                TYLER P. GILMAN, CLERK

                By: /s/ A. Carrillo
                A. Carrillo, Deputy Clerk